NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1079

PAMELA ANN LAHAYE

VERSUS

GRAND PALAIS RIVERBOAT, INC., ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 01-5732
HONORABLE DAVID KENT SAVOIE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield[*], Judges.

AFFIRMED AS AMENDED.

Michael H. Rubin
Justin M. O'Brien
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, LA 70825
(225) 383-9000
Counsel for Defendant/Appellant:
 St. Charles Gaming Company, Inc.

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**Christopher Cameron McCall**
**Baggett, McCall & Burgess**
**Watson & Gaughan**
**P.O. Box 7820**
**Lake Charles, LA 70606-7820**
**(337) 478-8888**
**Counsel for Plaintiff/Appellant:**
    **Pamela Ann Lahaye**

**Wade Thomas Visconte**
**The Gray Law Firm, APLC**
**P. O. Box 1467**
**Lake Charles, LA 70602-1467**
**(337) 494-0694**
**Counsel for Defendant/Appellant:**
    **St. Charles Gaming Company, Inc. d/b/a**
    **Isle of Capri Casino-Lake Charles**